RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/10/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-60006-01 |
|---|---|---|
| | * | |
| V. | * | |
| | * | CHIEF JUDGE HAIK |
| PAUL EDMOND, III | * | MAGISTRATE JUDGE METHVIN |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on August 25, 2005, this Court entered an Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the Plea Agreement and Consent Decree of Forfeiture entered by the defendant;

AND WHEREAS, on June 12, 19, and 26 of 2006, the United States published in The Daily Advertiser, a Lafayette newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's August 25, 2005 Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to the $1,325.00 in United States Currency, which the defendant, PAUL EDMOND, III, stipulated was proceeds traceable to the drug trafficking violations to which he pled guilty, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the U.S. Marshal for the Western District of Louisiana.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

SO ORDERED this 10 day of August 2006 at Lafayette, Louisiana.

RICHARD T. HAIK, SR.
Chief United States District Judge

2